## CASE SUMMARY

| | | | |
|---|---|---|---|
| Court: | Kings County Civil Court | Plaintiff(s): | |
| Index Number: | CV-033383-18/KI | Cavalry SPV I, L.L.C | |
| | | | |
| Case Type: | Civil | vs. | |
| Filed Date: | 11/23/2018 | | |
| Classification: | Consumer Credit | Defendant(s): | |
| Status: | Post Disposition | ALESKANDRA NESTEROVA | |
| | | | |
| Disposed Date: | 03/14/2019 | | |
| Disposed Reason: | Judgment(1)-Default Judgment | | |

Cause(s) of Action:   Breach of Contract or Warranty in the amount of $4,864.09

(P)   Cavalry SPV I, L.L.C
   Tromberg, Morris & Poulin, PLLC - 39 Broadway, Suite 1250, New York, NY 10006, (212) 267-3550

(D)   ALESKANDRA NESTEROVA - 3415 NEPTUNE AVE, APT 1106, Brooklyn, NY 11224

**PAPERS RECORDED**

| Date | Description |
|---|---|
| 11/23/2018 | Consumer Credit Fee |
| 11/23/2018 | Summons and Complaint (Attorney), Filed By: (P) Cavalry SPV I, L.L.C |
| 12/27/2018 | Proof of Service Filed |
| 02/11/2019 | Judgment (Default Judgment), Seq 1, Filed Date: 02/11/2019, Total Judgment: $5,120.34, Entered Date: 03/14/2019, Status: Vacated (07/11/2019), Creditor(s): (P) Cavalry SPV I, L.L.C, Debtor(s): (D) ALESKANDRA NESTEROVA, Certificate of Disposition Printable Remarks: Vacated on 07/11/2019 |
| 06/27/2019 | Motion (Order to Show Cause), Seq 1, Court Date(s): 07/11/2019, Filed By: (D) ALESKANDRA NESTEROVA, Relief: Vacate Judgment, Status: Decided (07/11/2019, Settled - Index and Motion Disposed, Carolyn Walker-Diallo) |
| 01/22/2020 | Judgment (Default in Stipulation of Settlement Before Trial), Seq 2, Filed Date: 01/22/2020, Total Judgment: $4,899.09, Entered Date: 02/14/2022, Status: Entered (02/14/2022), Creditor(s): (P) Cavalry SPV I, L.L.C, Debtor(s): (D) ALESKANDRA NESTEROVA |
| 01/16/2025 | Motion (Order to Show Cause), Seq 2, Filed By: (D) ALESKANDRA NESTEROVA, Relief: Vacate Judgment - Failure to Comply with Stip, Status: Filed |
| 01/17/2025 | Motion (Order to Show Cause), Seq 3, Filed By: (D) ALESKANDRA NESTEROVA, Relief: Vacate Judgment - Failure to Answer, Status: Filed |
| 01/17/2025 | Motion (Order to Show Cause), Seq 4, Filed By: (D) ALESKANDRA NESTEROVA, Relief: Vacate Judgment - Failure to Comply with Stip, Status: Filed |

This report reflects information recorded as of 06/17/2025 11:14 AM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.

CV-033383-18/KI   (P) Cavalry SPV I, L.L.C vs. (D) ALESKANDRA NESTEROVA

| | |
|---|---|
| 01/17/2025 | Motion (Order to Show Cause), Seq 5, Filed By: (D) ALESKANDRA NESTEROVA, Relief: Vacate Judgment - Failure to Comply with Stip, Status: Filed |
| 03/19/2025 | Motion (Order to Show Cause), Seq 6, Court Date(s): 05/08/2025; 04/02/2025, Filed By: (D) ALESKANDRA NESTEROVA, Relief: Vacate Judgment - Failure to Answer, Status: Decided (05/15/2025, Denied - Index Disposed, Sherveal R. Mimes) |
| 05/05/2025 | Miscellaneous, Filed By: (P) Cavalry SPV I, L.L.C |

## APPEARANCE ACTIVITY

| | |
|---|---|
| 07/11/2019 | Part 34C - Consumer Debt, Judge: Carolyn Walker-Diallo, Purpose: Motion (1) - Vacate Judgment, Outcome(s): Settled - Index and Motion Disposed |
| 01/22/2020 | Judgment Processing-Control, Purpose: Disposition, Outcome(s): Withdrawn |
| 04/02/2025 | Part 34C - Consumer Debt, Judge: Ellen E. Edwards, Purpose: Motion (6) - Vacate Judgment - Failure to Answer, Outcome(s): Adjourned: 05/08/2025 |
| 05/08/2025 | Part 34C - Consumer Debt, Judge: Sherveal R. Mimes, Purpose: Motion (6) - Vacate Judgment - Failure to Answer, Outcome(s): Submitted |

This report reflects information recorded as of 06/17/2025 11:14 AM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.