CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

Cavalry SPV I, LLC

                             Plaintiff,      INDEX # CV-033383-18/KI

-against-

ALEKSANDRA NESTEROVA                  STIPULATION OF SETTLEMENT

                                        Defendant

It is hereby stipulated and agreed by and between the attorney for the plaintiff and the defendant as follows:

1. The default judgment entered against the defendant on 03/14/2019 in the amount of $5120.34 is:
   [X] vacated
   [ ] remains as security *(strike one)*.

   Plaintiff consents to release any and all bank restraints, garnishments, liens, etc. that have been executed in reference to the instant matter. The defendant herein appears, withdraws the order to show cause motion, acknowledges service of the Summons and Verified Complaint, admits the jurisdiction and venue of this Court, and that there are no defenses to this action.

1. Plaintiff has agreed to accept the sum of $ 4000.00 in full satisfaction of the debt due plaintiff, to be repaid as follows: monthly installments of $75.00 to be paid on or before the 15th of each month, beginning August 15, 2019 (the "Repayment Period").

2. That the payments provided for herein are to be made payable to
   [X] **Stephen Einstein & Associates, P.C.** at **39 Broadway, Suite 1250, New York, New York 10006**
   [ ] Marshal Ronald Moses, 111 John Street, Suite 500, New York, NY 10038 *(strike one)*.

3. That in the event Defendant fails to remit any payment when due, Plaintiff will notify Defendant via regular mail to the address noted below. If any default is not cured within ten (10) days of said notice, Plaintiff may:
   [X] submit a judgment, without further notice, for all sums due as computed from the complaint, less payments remitted, if any, plus costs, interest, and disbursements.
   [ ] Enforce the entered judgment, less any payments or credits made toward the balance due.

4. When all payments due under this agreement are received and clear Plaintiff's escrow account, Plaintiff's attorney agrees to provide Defendant a:
   [X] Stipulation of Discontinuance with Prejudice
   [ ] Satisfaction of Judgment. *(strike one)*

5. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Dated: ~~July 10, 2019~~ July 11, 2019

_____
ALEKSANDRA NESTEROVA
PRO SE DEFENDANT
3415 NEPTUNE AVE ~~1909~~ 1106
BROOKLYN NY 11224
SE Account # 289320.001

_____
Stephen Einstein & Associates, P.C.
Attorneys for Plaintiff  Aksana Bondartseva
39 Broadway, Suite 1250
New York, NY 10006 (212) 267-3550

HON. CAROLYN WALKER-DIALLO

