28 2025  9:10AM

Tromberg, Morris & Partners, PLLC
39 Broadway, Suite 1250
New York, NY 10006
(212)267-3550
(212)227-9656
info@tmppllc.com

# Payment Activity Report

For Claim: 289320.001

ALEKSANDRA NESTEROVA
3415 NEPTUNE AVE
APT 1106
BROOKLYN, NY 11224

Client:  00832 - Cavalry Portfolio Services, LLC

| Date | Type | Activity | Paid By | Amount |
|---|---|---|---|---|
| 08/20/2019 | PMT | Money Order | | 75.00 |
| 10/09/2019 | PMT | Money Order | | 75.00 |
| 10/23/2019 | PMT | Garnishee / Employer Check | NESTEROVA, ALEKSANDR | 71.25 |
| 02/05/2025 | PMT | Bank Property Execution | NESTEROVA, ALEKSANDR | 3,166.77 |

COUNT:  4                                                                                              3,388.02

Settlement Remaining Balance = $611.98