


**TD Bank**
America's Most Convenient Bank®

E     STATEMENT OF ACCOUNT

ALEKSANDRA NESTEROVA
3415 NEPTUNE AVE APT 1106
BROOKLYN NY  11224

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Dec 14 2024-Jan 13 2025 |
| Cust Ref #: | 4331502446-622-E-*** |
| Primary Account #: | 433-1502446 |

## TD Simple Checking

ALEKSANDRA NESTEROVA                              Account # 433-1502446

### ACCOUNT SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | 6,401.94 | Average Collected Balance | 1,908.02 |
| Electronic Deposits | 1,417.82 | Interest Earned This Period | 0.00 |
|  |  | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 440.97 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 7,378.79 | Days in Period | 31 |
| Service Charges | 5.99 | | |
| Ending Balance | -5.99 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/16 | DEBIT CARD CREDIT, *****30155891880, AUT 121524 VISA DDA REF<br>AFFIRM  PAYMENT          855 423 3729  * CA | 9.58 |
| 12/16 | DEBIT CARD CREDIT, *****30155891880, AUT 121324 VISA DDA REF<br>AFFIRM  PAYMENT          855 423 3729  * CA | 9.88 |
| 12/16 | DEBIT CARD CREDIT, *****30155891880, AUT 121624 VISA DDA REF<br>IC  INSTACART ALDI       HTTPSINSTACAR * CA | 17.40 |
| 12/18 | ACH DEPOSIT, JBFCS PAYROLL CER****19225821 | 1,336.49 |
| 01/02 | DEBIT CARD CREDIT, *****30155891880, AUT 010225 VISA DDA REF<br>KLARNA ADIDAS US         COLUMBUS     * OH | 23.62 |
| 01/06 | DEBIT CARD CREDIT, *****30155891880, AUT 010525 VISA DDA REF<br>KLARNA  US PUMA          KLARNA COM   * OH | 17.00 |
| 01/07 | TD ZELLE RCD,<br>500700K04PIX Zelle From Verizon Administrative  +1- | 3.85 |
| | Subtotal: | 1,417.82 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/16 | DBCRD PUR AP, *****30155891880, AUT 121224 VISA DDA PUR AP<br>KLARNA MACY S        151 7426184   * DE | 8.87 |
| 12/16 | DBCRD PUR AP, *****30155891880, AUT 121224 VISA DDA PUR AP<br>WALMART COM 8009256278    800 966 6546  * AR | 15.33 |
| 12/16 | DBCRD PUR AP, *****30155891880, AUT 121224 VISA DDA PUR AP<br>AMAZON MKTPL ZX9056HZ0    AMZN COM BILL * WA | 15.23 |
| 12/16 | DBCRD PUR AP, *****30155891880, AUT 121324 VISA DDA PUR AP<br>AMAZON PHARMACY       AMZN COM BILL * WA | 7.70 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance      -5.99

② Total Deposits      +

③ Sub Total

④ Total Withdrawals   -

⑤ Adjusted Balance

② 

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

④

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ALEKSANDRA NESTEROVA

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Dec 14 2024-Jan 13 2025 |
| Cust Ref #: | 4331502446-622-E-*** |
| Primary Account #: | 433-1502446 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/16 | DBCRD PUR AP, *****30155891880, AUT 121324 VISA DDA PUR AP<br>AMAZON GROCERY SUBSCRI    888 280 4331  * WA | 5.43 |
| 12/16 | DBCRD PMT AP, *****30155891880, AUT 121324 VISA DDA PUR AP<br>AFFIRM  PAY VW4F2MED    855 423 3729  * CA | 9.78 |
| 12/16 | DBCRD PUR AP, *****30155891880, AUT 121324 VISA DDA PUR AP<br>APPLE COM BILL       866 712 7753  * CA | 6.52 |
| 12/16 | DBCRD PUR AP, *****30155891880, AUT 121424 VISA DDA PUR AP<br>KLARNA              151 7426184  * DE | 46.05 |
| 12/16 | DBCRD PUR AP, *****30155891880, AUT 121424 VISA DDA PUR AP<br>IC  INSTACART ALDI      HTTPSINSTACAR * CA | 34.30 |
| 12/16 | DBCRD PUR AP, *****30155891880, AUT 121424 VISA DDA PUR AP<br>UBER   EATS         HELP UBER COM * CA | 42.91 |
| 12/16 | DBCRD PMT AP, *****30155891880, AUT 121524 VISA DDA PUR AP<br>AFFIRM  PAY FQVGG1S1    855 423 3729  * CA | 10.39 |
| 12/16 | DBCRD PMT AP, *****30155891880, AUT 121524 VISA DDA PUR AP<br>AFFIRM  PAY OP74QTGQ    855 423 3729  * CA | 12.16 |
| 12/16 | DBCRD PUR AP, *****30155891880, AUT 121524 VISA DDA PUR AP<br>FUNSTATION          STATEN ISLAND * NY | 81.60 |
| 12/16 | DBCRD PUR AP, *****30155891880, AUT 121524 VISA DDA PUR AP<br>FUNSTATION          STATEN ISLAND * NY | 10.40 |
| 12/16 | DBCRD PMT AP, *****30155891880, AUT 121524 VISA DDA PUR AP<br>UBER   ONE          HELP UBER COM * CA | 9.99 |
| 12/16 | DBCRD PUR AP, *****30155891880, AUT 121524 VISA DDA PUR AP<br>AMAZON COM Z11975JE0     AMZN COM BILL * WA | 9.99 |
| 12/16 | DBCRD PMT AP, *****30155891880, AUT 121524 VISA DDA PUR AP<br>IC  INSTACART SUBSCRIP    HTTPSINSTACAR * CA | 10.88 |
| 12/17 | DBCRD PMT AP, *****30155891880, AUT 121624 VISA DDA PUR AP<br>APPLE COM BILL       866 712 7753  * CA | 2.99 |
| 12/17 | DBCRD PUR AP, *****30155891880, AUT 121624 VISA DDA PUR AP<br>UBER   EATS         HELP UBER COM * CA | 37.13 |
| 12/17 | ELECTRONIC PMT-WEB, CAPITAL ONE CRCARDPMT 3YR3KV5KT6D09R5 | 25.00 |
| 12/17 | ELECTRONIC PMT-WEB, E-ZPASS REBILL EZP REBILL 0024266 | 13.88 |
| 12/18 | DBCRD PMT AP, *****30155891880, AUT 121724 VISA DDA PUR AP<br>AFFIRM  PAY WOL09QTC    855 423 3729  * CA | 12.59 |
| 12/18 | DBCRD PUR AP, *****30155891880, AUT 121724 VISA DDA PUR AP<br>IC  INSTACART SHOPRITE    HTTPSINSTACAR * CA | 11.85 |
| | Subtotal: | 440.97 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

ALEKSANDRA NESTEROVA

| | |
|---|---|
| Page: | 4 of 5 |
| Statement Period: | Dec 14 2024-Jan 13 2025 |
| Cust Ref #: | 4331502446-622-E-*** |
| Primary Account #: | 433-1502446 |

## DAILY ACCOUNT ACTIVITY

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/18 | DEBIT, Levy #1152821<br>L NY Execution | 1,998.53 |
| 12/18 | LEVY FEE, Levy #1152821<br>PROCESSING FEE | 125.00 |
| 12/19 | DEBIT | 3,840.00 |
| 01/09 | DEBIT, Levy #1152821<br>L NY Execution | 1,415.26 |
| | Subtotal: | 7,378.79 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/13 | MAINTENANCE FEE | 5.99 |
| | Subtotal: | 5.99 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/13 | 6,401.94 | 01/02 | 1,394.41 |
| 12/16 | 6,101.27 | 01/06 | 1,411.41 |
| 12/17 | 6,022.27 | 01/07 | 1,415.26 |
| 12/18 | 5,210.79 | 01/09 | 0.00 |
| 12/19 | 1,370.79 | 01/13 | -5.99 |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ALEKSANDRA NESTEROVA

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Dec 14 2024-Jan 13 2025 |
| Cust Ref #: | 4331502446-622-E-*** |
| Primary Account #: | 433-1502446 |

## Important Information About Your TD Simple Checking Account

We work hard to offer products and services that meet our customers' banking needs. To do this, we regularly review our product offerings and make adjustments as necessary. Today, we're writing to let you know about an upcoming change that will affect your TD Simple Checking account.

**Effective February 11, 2025, the monthly maintenance fee on your TD Simple Checking account will change from $5.99 to $10.**

We have other checking accounts available that offer ways to waive the monthly maintenance fee with qualifying activity. For more information, visit tdbank.com/checking.

**Want to discuss your options for avoiding monthly maintenance fees?**

Call us 24/7 at 1-866-710-7440, send us a secure message or book an appointment at a TD Bank near you.