January 6th, 2025

TD Bank
Levy Department
11000 Atrium Way
Mount Laurel, NJ 08054

Re: Docket R104620
Index number: CV-033383-18/KI

Attached to this letter is a copy of the exemption form for the levy put against my bank account on December 18, 2024. I am providing proof and calculations below verifying that exempt income was removed from my account as part of the levy. These calculations were completed with the help of the attorneys at The New Economy Project, 121 West 27th Street, Suite 804, New York, NY 10001, 212-680-5100. The following paycheck are used in the 60-day calculation:

October 25th: $1199.00     November 8th: $1280.50   November 22nd: $1213.82
December 6th: $1100.89     December 20th: $1336.49

The December 20, 2024 paycheck is included in the calculations as it posted into my account on December 18th, before the levy was posted and the pay period of that check is 11/30-12/13.

The total amount of my earnings for those paychecks is: $6130.70. Out of the total amount according to the law 90% is exempt from being levied. The total amount exempt from being levied is $5517.63. I have been allowed by the bank to withdraw $3840. I demand the remaining exempt amount of $1677.63 be returned to me as soon as possible.

Attached you will find copies of the paystubs used for the calculations as well as copies of bank statements to prove direct deposit and posting dates of the levy and final paycheck.

Sincerely,

Aleksandra Nesterova