**NEW YORK CITY CIVIL** COURT     COUNTY OF **KINGS**     Part: **34C**

**CAVALRY SPV I, LLC**
,
Plaintiff(s)

-against- **ALEKSANDRA NESTEROVA**,
Defendant(s)

Defendant Address: **3415 NEPTUNE AVENUE, APT 1106, BROOKLYN, NY 11224**

**AFFIDAVIT IN SUPPORT OF ORDER TO SHOW CAUSE**
To Vacate a Default Judgment for ~~failure to appear and answer and to file an answer or dismiss the case~~ failure to perform under a stipulation of settlement.

Index Number: **CV-035383-18/KI**

State of New York, County of **KINGS** ss.:

**ALEKSANDRA NESTEROVA**, being duly sworn, deposes and says (check all statements that apply to you):

### 1. PARTY
- [x] a) I am the party named as defendant in the above entitled action.

### 2. SERVICE
- [ ] a) I was not served in the right way as required by the law with a summons and complaint in this action.
- [ ] b) I was not served a summons and complaint, and my first notice of legal action was
  - ○ a notice from the Clerk's office.
  - ○ a notice of Default Judgment mailed to me.
  - ○ a Restraining Notice on my bank account.
  - ○ a copy of an Income Execution.
  - ○ Other:
- [x] c) I have read the Affidavit of Service, and I disagree with it because **OTHER: I never received a 10-day notice to cure, as required by the stipulation of settlement in 2019**
- [ ] d) I requested the Affidavit of Service from the court, but it was not available.

### 3. EXCUSABLE DEFAULT (You must tell the Judge the reason(s) why you did not come to court to answer.)
~~I did not come to court and answer in the Clerk's Office because~~ (check all that apply): **The default judgment should be vacated because:**
- [ ] I was sick.
- [ ] I am disabled.
- [ ] I had an illness in my family.
- [ ] I had a death in the family.
- [ ] I was out of town.
- [ ] I did not receive the court papers.
- [ ] I received the court papers too late.
- [ ] The plaintiff told me not to worry about the case or not to answer.
- [ ] I was on military duty.
- [x] Other: **I was unable to make payments due to financial hardship. I contacted plaintiff many times to ask for extra time or a new plan. They never responded.**

### 4. DEFENSES (You must tell the Judge the reason(s) why you should not have to pay the money the plaintiff is suing for. Look at the Defense Information Worksheet [see UCS-CC-4] to see what defenses you may have and write them here.)
I have a good defense because: **As noted above, I never received the required 10-day notice. I contacted plaintiff's counsel multiple times in 2019 and 2020 to receive additional time to pay or new settlement terms. They never responded.**

### 5. PRIOR APPLICATION
- [ ] a) I have not had an Order to Show Cause before in this case.
- [x] b) I have had an Order to Show Cause before in this case, but I am making another application because **the reviewing judge stated I needed to indicate that I did not make payments due to financial hardship.**

### 6. RELIEF REQUESTED (check all that apply)
- [x] I request that the Default Judgment is vacated.
- [ ] I request that I be allowed to file an answer.
- [x] I request permission to serve these papers.
- [ ] I request that the case is dismissed.

Sworn to before me this **16th** day of **January**, 20**25**.

Notary Public or ~~Court Employee~~: _____ Signature

Signature of Defendant

**AARON SCHEINWALD**
Notary Public - State of New York
No. 02SC6255808
Qualified in New York County
My Commission Expires 05/23/26

UCS-CC-3