24

**Civil Court of the City of New York**

County of __Kings__    Part __39C__        Index Number __CV-__ __33383-18__

Caralry SPV

_____ **Plaintiff(s)**

**against**

Aleksandra Nestora

_____ **Defendant(s)**

**LAWYER FOR THE DAY
LIMITED NOTICE
OF APPEARANCE**

I am an attorney admitted to practice in the State of New York. You are hereby notified that in the above-entitled action I represent:

☐ Petitioner _____    ☒ Respondent **Aleksandra Nesterova**

On this __8th__ day of __May__   __2025__  in the Personal Appearance Part.

**My representation is for the purposes of settlement negotiation only. I do not hereby enter a notice of appearance for trial. My representation automatically terminates after today's appearance in the Personal Appearance Part without any further act or communication by any party. My client has specifically agreed to this limited-service representation, and understands that my representation begins and ends today with my appearance in the Personal Appearance Part and that s/he is participating in a special project.**

BY: Sidney Cherubin
_____
(Print Name)

ADDRESS: Access Justice Brooklyn

203 Jay Street, Ste 300

Brooklyn NY 11201

TELEPHONE: 718-624-3894

EMAIL: sidney@ajbk.org

Date: 5/8/2025

_____
(Signature)