| Civil Court of the City of New York | Index # CV-033383-18/KI |
|---|---|
| County of Kings | |

Cavalry SPV I, L.L.C

                     Plaintiff(s)

   -against-

ALESKANDRA NESTEROVA

                     Defendant(s)

**Decision / Order**

Recitation, as required by CPLR 2219(a), of the papers considered in the review of this motion:

| Papers | Numbered |
|---|---|
| Order to show Cause/ Notice of Motion and Affidavits /Affirmations annexed | 1-2 |
| Answering Affidavits/ Affirmations | 3 |
| Reply Affidavits/ Affirmations | |
| Memoranda of Law | |
| Other | |

After oral argument, the Decision/ Order on Defendant's order to show cause is granted to the extent that Plaintiff shall return all monies turned over from Defendant's TD Bank Account in partial satisfaction of the money judgment issued on February 14, 2022. The monies returned shall include the accrual of any interest from the date that such funds were levied from the subject bank account. Said monies shall be returned to the defendant within twenty (20) days from the date of this order.

That branch of defendant's order to show cause to reinstate the stipulation of settlement that the parties executed on July 11, 2019, is denied.

The full amount of plaintiff's judgment against the defendant is reinstated, plus statutory interest from the date of this order.

This constitutes the decision and order of the court.

Date: May 15, 2025

                                                   Hon. Sherveal R. Mimes
                                                   Civil Court Judge (NYC)

ENTERED- Kings Civil Court
5/19/2025, 12:39:10 PM

HON. SHERVEAL MIMES

Civ-GP-85