**VIA ECF**
Judge Hector Gonzalez
225 Cadman Plaza East
Brooklyn, NY 11201

           Re:   *Nesterova v. Tromberg, Morris & Partners, PLLC, et al.,* **Case 1:25-cv-04478-HG**

Dear Judge Gonzalez:

      This office represents Plaintiff Aleksandra Nesterova in the above-captioned action. Pursuant to Your Honor's August 27, 2025 Order, this letter serves to detail Plaintiff's efforts at serving the summons and complaint on each defendant in this action.

      On August 27, 2025, this office forwarded via email a copy of the summons and complaint with exhibits to Alexander Poole & Co., Inc., 41 State Street, Albany, NY, for service by and through the New York Secretary of State on both of the defendants in this action, Tromberg, Morris & Partners, PLLC and Cavalry SPV I, LLC. On August 28, 2025, Alexander Poole & Co., Inc. confirmed receipt of the summons and complaint. Today counsel received the return of the executed affidavit of service which was filed earlier today. The date of service was September 9th. The deadline for Defendants to answer or move against the complaint is September 30.

Sincerely,

/s/
Ahmad Keshavarz

1