UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
ALEKSANDRA NESTEROVA,

                     Plaintiff,

   -against-

TROMBERG, MORRIS & PARTNERS, PLLC,
And CAVALRY SPV I, LLC,

                     Defendant(s).

----------------------------------------x

**NOTICE OF APPEARANCE**

25-CV-04478

S I R S:

    PLEASE TAKE NOTICE THAT the defendant, **TROMBERG, MORRIS & PARTNERS, PLLC**, hereby appears in the above-entitled action and that the undersigned has been retained as counsel for said defendant therein.

Dated: September 18, 2025

                                      _____
                                      ARTHUR SANDERS, ESQ. (AS1210)
                                      BARRON & NEWBURGER, P.C.
                                      Attorneys for defendant –
                                      Tromberg, Morris & Partners, PLLC
                                      30 South Main Street
                                      New City, NY   10956
                                      845-499-2990