UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
**ALEKSANDRA NESTEROVA,**

                                                                        Case No.: 1:25-cv-04478-HG

                  **Plaintiff,**

    -against-

**TROMBERG, MORRIS & PARTNERS,
PLLC, and CAVALRY SPV I, LLC,**

                  **Defendants.**
---------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that on September 23, 2025, pursuant to the Court's order of September 15, 2025, I served a copy of the Summons and Complaint in this action on Defendant Cavalry SPV I, LLC by first class mail.

      Cavalry SPV I, LLC
      1 American Lane, Suite 220
      Greenwich, CT 06831
      I certify under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
       September 23, 2025

                                                                     /s/ Kevin Gartland

                                                                     _____
                                                                     Kevin Gartland
                                                                     Law Office of Ahmad Keshavarz
                                                                     16 Court St., 26th Floor
                                                                     Brooklyn, NY 11241-1026