**AHMAD KESHAVARZ**
*Attorney at Law*

16 COURT ST., 26TH FLOOR    WWW.NEWYORKCONSUMERATTORNEY.COM    Telephone: (718) 522-7900
BROOKLYN, NY 11241-1026    E-mail: ahmad@NewYorkConsumerAttorney.com    Fax: (877) 496-7900

**VIA ECF**
Judge Hector Gonzalez
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re: Mailing courtesy copies of summons and complaint.**
> ***Nesterova v. Tromberg, Morris & Partners, PLLC, et al.,* Case 1:25-cv-04478-HG**

Dear Judge Gonzalez:

This office represents Plaintiff Aleksandra Nesterova in the above-captioned action. Pursuant to Your Honor's September 15, 2025 Order, this letter serves to detail Plaintiff's mailing of courtesy copies of the summons and complaint to Defendants.

Service was effected on both defendants on September 9, 2025. Alexander Poole & Co., Inc. subsequently provided completed affidavits of service as to both defendants, which this office promptly filed via ECF on September 12, 2025. Your Honor issued an order on September 15, 2025, ordering Plaintiff to mail courtesy copies of the summons and complaint to each defendant and file a declaration confirming the same by September 22, 2025. On September 18, 2025, attorney Arthur Sanders filed a Notice of Appearance on behalf of Defendant Tromberg, Morris & Partners, PLLC, and on September 19, 2025, Plaintiff's counsel and Mr. Sanders conferred about the case. On September 23, 2025, realizing that Cavalry SPV I, LLC had not yet filed a notice of appearance or otherwise indicated receipt of the complaint, Plaintiff's counsel had his associate mail courtesy copies of the summons and complaint to Cavalry SPV I, LLC's address at 1 American Lane, Suite 220, Greenwich, CT 06831, by first-class mail, as detailed in the accompanying Certificate of Mailing, but not to Defendant Tromberg, Morris & Partners, PLLC, as they are represented by counsel and aware of the lawsuit as of September 18, 2025.

Plaintiff's counsel apologizes for the delay. The undersigned apologizes for serving an additional copy of the summons and complaint and filing a certificate of service of the same on September 23 instead of September 22. There was a calendaring error with regards to that deadline in our office. Our office will be more diligent in calendaring and meeting deadlines in the future.

Sincerely,

/s/
Ahmad Keshavarz