UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEKSANDRA NESTEROVA,<br><br>    Plaintiff,<br><br>vs.<br><br>TROMBERG, MORRIS AND PARTNERS, PLLC, and CAVALRY SPV I, LLC,<br><br>    Defendants. | Civil Action No.: 1:25-cv-04478-HG |

## NOTICE OF APPEARANCE

Kindly enter the appearance of the undersigned on behalf of Defendant CAVALRY SPV I, LLC, and send all future Court notices to the following:

/s/ *Donald S. Maurice*
_____
Donald S. Maurice (DM0263)
Attorney for Defendants
5 Walter Foran Blvd., Ste 2007
Flemington, NJ 08822
(908) 237 4550
dmaurice@mauricewutscher.com

Date: September 26, 2025

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of the foregoing Notice of Appearance was served on this date via the electronic filing system on all counsel of record.

/s/ *Donald S. Maurice*

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Donald S. Maurice

Dated:  September 26, 2025