# MauriceWutscher

AUSTIN
BIRMINGHAM
BOSTON
BUFFALO
CHICAGO
CLEVELAND
FLEMINGTON
MIAMI
NASHVILLE
NEW YORK
PHILADELPHIA
WASHINGTON, DC

mauricewutscher.com

**Donald S. Maurice**

Maurice Wutscher LLP  (908) 237-4550
5 Walter Foran Blvd.  dmaurice@mauricewutscher.com
Suite 2007  Admitted in DC, MA, NJ and NY
Flemington, NJ 08822

September 29, 2025

**VIA ECF**
Honorable Hector Gonzalez
United States District Court
Eastern District of New York
Courtroom: 6A South
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Nesterova vs. Tromberg, Morris and Partners, PLLC, *et al*.
      Civil Case No. 1:25-cv-04478-HG

Dear Judge Gonzalez:

This firm represents Defendant Cavalry SPV I, LLC, in the above-mentioned matter. Please accept this letter motion in lieu of a more formal pleading requesting an extension of the time to respond to Plaintiffs' complaint. The answer is currently due September 30, 2025. Plaintiff's attorney has consented to the extension of time to October 30, 2025. There have been no other requests for extension of the time to answer. No other dates have been previously scheduled. The purpose of the extension is to allow Defendant additional time to assess the claims asserted as my firm was only recently retained on September 25, 2025.

Thank you for your consideration.

Respectfully submitted
*/s/ Donald S. Maurice*
Donald S. Maurice
Enc.
Cc:   All Counsel of Record (via ECF)

SO ORDERED:

_____