

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

September 29, 2025

Hon. Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE:  NESTEROVA v. TROMBERG, MORRIS & PARTNERS, PLLC, et al
        25-CV-04478

Dear Judge Gonzalez:

Please be advised that this office represents defendant Tromberg, Morris & Partners, PLLC. This letter is written to request an extension of time to answer the complaint. Plaintiff's counsel consents to the extension and a proposed stipulation is attached hereto.

This is defendant's first request for an extension of time to respond. The Answer due date is September 30th, but the defendant only learned of this case recently as service was made through the Secretary of State. We are requesting that the Court permit this late filing of the instant application.

The extension of time to answer the complaint to October 14, 2025 will not affect any deadlines as no conference has yet been scheduled and no discovery has been exchanged.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

_____
By:  Arthur Sanders

as/ctw