UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
ALEKSANDRA NESTEROVA,

        -against-

TROMBERG, MORRIS & PARTNERS, PLLC, and
CAVALRY SPV I, LLC,

        Defendant(s).
------------------------------------------x

**STIPULATION EXTENDING DEFENDANT TROMBERG, MORRIS & PARTNERS, PLLC's, TIME TO ANSWER THE THE COMPLAINT**

25-CV-04478

    Plaintiff, by her attorney, Ahmad Keshavarz, and defendant Tromberg, Morris & Partners, PLLC, by their attorney Arthur Sanders, Esq., agree as follows:

1. That defendants' time to answer the complaint is extended to October 14, 2025.

Dated: New City, NY
      September 29, 2025

LAW OFFICE OF AHMAD KESHAVARZ

_____
Ahmad Keshavarz, Esq.
Attorney for Plaintiff
16 Court Street  #2600
Brooklyn, NY  11241

BARRON & NEWBURGER, P.C.

_____
Arthur Sanders, Esq.
Attorneys for defendant
30 South Main Street
New City, NY  10956