UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
ALEKSANDRA NESTEROVA,

                                **RULE 7.1 DISCLOSURE**

               Plaintiffs,

                                **25-CV-4478**

    -against-


TROMBERG, MORRIS & PARTNERS, PLLC,

               Defendant(s).
----------------------------------------x

       Defendant, **TROMBER, MORRIS & PARTNERS, PLLC,** by its attorneys BARRON & NEWBURGER, P.C., alleges that the defendant has no publicly traded parent companies.


Dated:   New City, NY
           October 23, 2025

                                                _____
                                                ARTHUR SANDERS, ESQ. (AS1210)
                                                BARRON & NEWBURGER, P.C.
                                                Attorneys for defendant
                                                30 South Main Street
                                                New City, NY  10956
                                                845-499-2990