UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEKSANDRA NESTEROVA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TROMBERG, MORRIS AND PARTNERS, PLLC and CAVALRY SPV I, LLC,<br><br>　　　　Defendants. | Civil Case No.: 1:25-cv-04478-HG |

### DEFENDANT CAVALRY SPV I, LLC's, RULE 7.1
### CORPORATE DISCLOSURE STATEMENT

Defendant, Cavalry SPV I, LLC, by and through their counsel, hereby submits its Corporate Disclosure Statement and states as follows:

　　The non-governmental corporate party, CAVALRY SPV I, LLC in the above listed civil action has the following parent corporation(s):
　　The parent corporation of CAVALRY SPV I, LLC is CAVALRY INVESTMENTS, LLC, a privately held entity, and no publicly held corporation owns 10% or more of its stock.

　　No publicly held corporation owns 10% or more of CAVALRY SPV I's stock.

　　　　　　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　MAURICE WUTSCHER, LLP
　　　　　　　　　　　　BY:　*/s/ Donald S. Maurice*
　　　　　　　　　　　　　　　　　　Donald S. Maurice
　　　　　　　　　　　　　　　　　　Thomas R. Dominczyk
　　　　　　　　　　　　　　　　　　MAURICE WUTSCHER LLP
　　　　　　　　　　　　　　　　　　5 Walter E. Foran Blvd, Suite 2007
　　　　　　　　　　　　　　　　　　Flemington, NJ 08822
　　　　　　　　　　　　　　　　　　(908) 237-4550
　　　　　　　　　　　　　　　　　　*Counsel for Defendant Cavalry SPV I, LLC*

Dated: October 30, 2025

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I caused a true and correct copy of the foregoing document to be served upon all parties of record via ECF.

               ***/s/ Donald S. Maurice***
               Donald S. Maurice

Dated: October 30, 2025

2