UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEKSANDRA NESTEROVA,<br><br>      Plaintiff,<br><br>vs.<br><br>TROMBERG, MORRIS AND PARTNERS, PLLC and CAVALRY SPV I, LLC,<br><br>      Defendants. | Civil Action No.: 1:25-cv-04478-PK |

## NOTICE OF APPEARANCE

Kindly enter the appearance of the undersigned on behalf of the Defendant, CAVALRY SPV I, LLC, and send all future Court notices to the following:

/s/ *Thomas R. Dominczyk*

_____
Thomas R. Dominczyk
Attorney for Defendant,
Cavalry SPV I, LLC
5 Walter Foran Blvd., Ste 2007
Flemington, NJ 08822
(908) 237 4550

Date: November 4, 2025