# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT STREET, #2600　　　WWW.NEWYORKCONSUMERATTORNEY.COM　　　Telephone: (718) 522-7900
BROOKLYN, NY 11241　　　　　E-mail: ahmad@NewYorkConsumerAttorney.com　　　Fax: (877) 496-7809

November 6, 2025

<u>VIA ELECTRONIC FILING</u>

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, New York 11201

      Re:    Consent motion to adjourn initial conference.

          ***Aleksandra Nesterova v. Tromberg, Morris & Partners, PLLC, et al. (1:25-cv-04478-PK)***

Dear Judge Kuo:

    The undersigned represents Plaintiff in this FDCPA lawsuit. I write with the consent of all defendants to request an adjournment of the initial conference scheduled for November 14, 2025, pursuant to Your Honor's October 14, 2025 Scheduling Order. The parties propose the following alternative dates: November 25 before 2:00 PM, December 3 before 2:00 PM, and December 5 between 2:00 PM and 4:00 PM. The parties have additional availability the week of December 8, except for on December 11 after 11:00 AM.

    The reason for the extension is that Plaintiff's counsel will be attending a conference in Washington, DC all day on November 14.

    This is the first request for an adjournment of this conference, and the extension would not affect any other deadlines.

Respectfully,

/s/
Ahmad Keshavarz

Cc: all opposing counsel via ECF

1