# MauriceWutscher

AUSTIN
BIRMINGHAM
BOSTON
CHICAGO
CLEVELAND
DALLAS
FLEMINGTON
MIAMI
NASHVILLE
NEW YORK
PHILADELPHIA
WASHINGTON, DC
mauricewutscher.com

**Donald S. Maurice**

Maurice Wutscher LLP
5 Walter Foran Blvd.
Suite 2007
Flemington, NJ 08822

(908) 237-4570
dmaurice@mauricewutscher.com
Admitted in NJ, NY, MA and DC

VIA ECF ONLY

December 3, 2025

Hon. Peggy Kuo
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: Nesterova v. Tromberg, Morris
        Case No. 1:25-cv-04478
        Request to Appear Telephonically – 12/3/25 Initial Conference

Dear Judge Kuo,

This firm represents Defendant Cavalry SPV I, LLC.

While traveling to today's conference, I experienced a vehicle malfunction. I immediately informed all counsel and your chambers.

I respectfully request to appear by telephone or Zoom and apologize to all for any inconvenience.

Thank you for your consideration.

Respectfully,

MAURICE WUTSCHER, LLP

*/s/ Donald S. Maurice, Jr.*
Donald S. Maurice, Jr.
For the Firm
DSM/


cc:    Client
        All counsel of record (via ECF)