2024-12-10 13:23                    TD Bank 2122330384 >> TD Serv - OX0                    P 1

This fax Page 1 of 5 was received on 12/10/2024 1:23:00 PM [Eastern Standard Time]

**RONALD MOSES**
**Badge No. 10**
**MARSHAL**
CITY OF NEW YORK
111 JOHN STREET, SUITE 500     Phone: (212) 349-4303
NEW YORK, NY 10038              Fax: (212) 349-4309

December 6, 2024

# LEVY AND FINAL DEMAND

TD BANK LEVY DEPT.
11000 ATRIUM WAY
MOUNT LAUREL NJ 08054

JUDGMENT CREDITOR

CAVALRY SPV I, LLC
VS
NESTEROVA, ALEKSANDRA
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
JUDGMENT DEBTOR

GREETINGS:

Attached you will find a Property Execution with Notice To Garnishee. As directed under CPLR 5232(a), you are required to turn over to me all property of the judgment Debtor currently in your possession or custody, not to exceed the following amount:

| | |
|---|---|
| Judgment | $4,642.84 |
| Interest | $262.00 |
| Statutory Fees | $75.00 |
| Expense | $1.34 |
| Poundage | $249.06 |
| **TOTAL** | **$5,230.24** |

Should you have any questions, kindly contact my office:        Very truly yours,
Marshal's Docket No.: **R 104620**

RONALD MOSES
Marshal City of New York
Badge No. 10

---

**FOR BANK USE ONLY. Please checkmark account status:** ☑
- ☐ 1. An official check is enclosed and we have released the account
- ☐ 2. There is an account in the name of the judgment debtor as follows:
    Branch of account: _____     Phone No.: _____
    Account Number: _____       Balance: _____
- ☐ 3. Prior Lien(s)
- ☐ 4. No account or assets maintained at this office
- ☐ 5. The account of the judgment debtor was overdrawn
- ☐ 6. Former account(s) was closed on: _____
- ☐ 7. Joint account
- ☐ 8. No funds
Remarks: _____
Position held: _____ Phone No: _____ Branch of account: _____ Phone No.: _____

INTEREST SHALL BE ACCRUED PURSUANT TO CPLR 5004 AT THE RATE OF TWO (2%) PERCENT PER ANNUM.

CIVIL COURT OF THE CITY OF NEW YORK                    INDEX NO. CV-033383-18/KI
COUNTY OF KINGS

Cavalry SPV I, LLC
          Plaintiff(s)                           **EXECUTION WITH**
-against-                                              **NOTICE TO GARNISHEE**

ALEKSANDRA NESTEROVA
          Defendant(s).

S.S. #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,
MATTER NO. 289320

THE PEOPLE OF THE STATE OF NEW YORK TO THE ENFORCEMENT OFFICER OF ANY COUNTY, GREETING:

    WHEREAS in an action between Cavalry SPV I, LLC as plaintiff(s) and ALEKSANDRA NESTEROVA, as defendant(s) who are all the parties named in said action, a judgment was entered on February 14, 2022 in favor of Cavalry SPV I, LLC, judgment creditor(s), and against ALEKSANDRA NESTEROVA, judgment debtor(s), whose last known address is 3415 NEPTUNE AVE 1106, BROOKLYN NY 11224 in the amount of $4899.09, of which $4,642.84 together with interest thereon from February 14, 2022 @ 2% remains due and unpaid;
    WHEREAS a transcript of the judgment was filed on with the Clerk of the County of Kings, in which county the judgment was entered; and
    NOW, THEREFORE WE COMMAND YOU to satisfy the said judgment out of the real and personal property of the above named judgment debtor and debts due to him; and that only the property in which said judgment debtor who is not deceased has an interest or the debts owed to him shall be levied upon or sold hereunder; AND TO RETURN this execution to the clerk of the above captioned court within 60 days from issuance unless service of this execution is made within that time or within extensions of that time made in writing by the attorney(s) for the judgment creditor.

    Pursuant to CPLR § 5205(l), $3,425.00 of an account containing direct deposit or electronic payments reasonably identifiable as statutorily exempt payments, as defined in CPLR § 5205(l)(2) is exempt from execution and the garnishee cannot levy upon or restrain $3,425.00 in such an account.
    Pursuant to CPLR § 5222(i), an execution shall not apply to an amount in total to or less than 10% of the greater of 240 times the federal minimum hourly wage prescribed in the Fair Labor Standards Act of 1938 or 240 times the state minimum hourly wage prescribed in Labor Law § 652 as in effect at the time the earnings are payable, except such part as a court determines to be unnecessary for the reasonable requirements of the judgment debtor and his or her dependents.

**Notice to Garnishee**          TD Bank
                                      1101 Hooper Avenue,
                                      Toms River, NJ 08753

    WHEREAS, it appears that you are indebted to the judgment debtor, above named, or in possession or custody of property not capable of delivery in which the judgment debtor has an interest, including, without limitation, the following specified debt and property at TD Bank;

    NOW, THEREFORE, YOU ARE REQUIRED by section 5232(a) of the Civil Practice Law and Rules forthwith to transfer to the sheriff all personal property not capable of delivery in which the Judgment Debtor is known or believed to have an interest now in or hereafter coming into your possession or custody including any property specified in this notice; and to pay to the said sheriff, upon maturity, all debts now due or hereafter coming due from you to the Judgment Debtor, including any debts specified in this Notice; and to execute any documents necessary to effect such transfer or payment;
    AND TAKE NOTICE that until such transfer or payment is made or until the expiration of 90 days after the service of this execution upon you or such further time as is provided by any order of the court served upon you whichever event first occurs, you are forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff, except upon direction of said sheriff or pursuant to an order of the court.
    AND TAKE FURTHER NOTICE THAT at the expiration of 90 days after a levy is made by service of this execution, or of such further time as the court upon motion of the judgment creditor has provided, this levy shall be void except as to property of debts which have been transferred or paid to the sheriff or as to which a proceeding under sections 5225 or 5227 of the Civil Practice Law and Rules has been brought.

Dated: December 4, 2024

Marshall Ronald Moses                              Tromberg, Morris & Partners, PLLC
111 John Street, Suite 500                           Attorney(s) for Judgment Creditor
New York, New York 10038                       39 Broadway, Suite 1250
                                                      New York, NY 10006 (212) 267-3550

**PLEASE REMIT FUNDS
FROM SOLE ACCOUNTS**

N/A

RECEIVED

DEC 06 2024

Office of City Marshal
Ronald Moses