Index Number: CV-033383-18/KI
Pre-OSC Seq: 1

**Civil Court of the City of New York**
County of Kings

**Affidavit in support of an Order to Show Cause to Vacate Judgment based upon Failure to Comply with a Stipulation**

Cavalry SPV I, L.L.C
       Plaintiff(s)
-against-
ALESKANDRA NESTEROVA
       Defendant(s)
State of New York - County of Kings ss:

ALESKANDRA NESTEROVA, being duly sworn, deposes and says:

**INITIALS**

**1. Party** — _AN_
a) I am the Party named as (Plaintiff) (Defendant) in the above entitled proceeding.
b) I am the _____ of the party named as (Plaintiff) (Defendant) in this proceeding.
(Relationship)

**2. Request** — _AN_
I request that the Court issue an Order: vacating the judgment based upon failure to comply with the stipulation, restoring the case to the calendar for trial on a date certain
_____ or grant such other relief as the court may deem to be just and proper.

**3. Defense/Claim** — _AN_
I have a good defense/claim because:
I was facing financial hardship and tried to contact plaintiff to make an arrangement in 2020 but they did not respond.

**4. Excuse/Reason** — _AN_
I have a good excuse/reason because:
The bank levy has resulted in extreme hardship and difficulty paying my bills. Plaintiff did not respond to outreach attempts.

**Prior Order** — _AN_
a) I have not had a previous Order to Show Cause regarding this Index Number.
b) I have had a previous Order to Show Cause regarding this Index Number but I am making this further application because:
Incorrect paperwork was filled out by Clara

(Print) Aleksandra Nesterova
      Name

3415 Neptune Ave apt 1106
      Street

Brooklyn, NY 11224
      City, State, Zip Code

929-888-1598
      Telephone Number

this 17 day of January, 2025, under the penalties of perjury under the laws of New [York] which may include a fine or imprisonment, that the foregoing is true, and I understand that this document [will be us]ed in an action or proceeding in a court of law.

[Na]me: Aleksandra Nesterova        Signature: _[signature]_