May 5th, 2025

Marshall Ronald Moses
Badge No. 10
111 John Street, Suite 500
New York, NY 10038

Re: Docket R104620
Index number: CV-033383-18/KI

My name is Aleksandra Nesterova, I reside at 3415 Neptune Ave apt 1106, Brooklyn NY 11224. On December 6th, 2024 your office on behalf of Tromberg, Morris and Partners, PLLC, sent a Levy and Final Demand letter to my bank TD Bank Levy Dept, 11000 Atrium Way, Mount Laurel NJ 08054. As a result of this levy exempt funds were seized from my account. I have submitted an exemption form along with proof, attached bank statements, paystubs and a letter explaining calculations and exempt amount to TD bank(USPS,7022241000138630139) and Tromberg, Morris, and Partners PLLC (USPS, 70222410000138630108). Both are shown as delivered and received by the bank and plaintiff. Since then despite below follow up your client has not returned my exempt money that was part of the 90% of wages exempt from seizure. Attached you will find the bank statements, paystubs, letter and exemption form that was sent to your client and TD bank. I am requesting that Tromberg, Morris and Partners, PLLC, return my exempt funds within 5 business days.


*Aleksandra Nesterova*
Aleksandra Nesterova
929-888-1598
[Aleksnestero@gmail.com](mailto:Aleksnestero@gmail.com)

May 5th, 2025

Tromberg, Morris &Partners, PLLC
39 Broadway Suite 1250
New York, NY 10006

Re: Docket R104620
Index number: CV-033383-18/KI

My name is Aleksandra Nesterova, I reside at 3415 Neptune Ave apt 1106, Brooklyn NY 11224. On December 18th you levied my TD Bank account and removed exempt funds, 90% of my wages of the last 60 days. A exemption claim form along with below letter, bank statements, and paystubs was mailed to you on January 6th, 2025 and shows as being received by your office on January 13,2025. USPS tracking number 70222410000138630108. Since then I have not received any communication from you and my funds have not been returned in a timely manner. On January 28, 2025 I used the "contact us" form on your website (https://tmppllc.com/contact) to make another request that my exempt funds be returned immediately.  The letter, email, bank statements, and paystubs attached are the same ones that were submitted to via USPS mail. I demand that my exempt money be returned to me within 5 business days.

*Aleksandra Nesterova*
Aleksandra Nesterova
929-888-1598
Aleksnestero@gmail.com