24

# Civil Court of the City of New York

County of __Kings__   Part __39C__

Index Number __CV- 33383-18__

__Cavalry SPV__

Plaintiff(s)

against

__Aleksandra Nestora__

Defendant(s)

**LAWYER FOR THE DAY
LIMITED NOTICE
OF APPEARANCE**

I am an attorney admitted to practice in the State of New York. You are hereby notified that in the above-entitled action I represent:

☐ Petitioner _____   ☒ Respondent __Aleksandra Nesterova__

On this __8th__ day of __May__ __2025__ in the Personal Appearance Part.

My representation is for the purposes of settlement negotiation only. I do not hereby enter a notice of appearance for trial. My representation automatically terminates after today's appearance in the Personal Appearance Part without any further act or communication by any party. My client has specifically agreed to this limited-service representation, and understands that my representation begins and ends today with my appearance in the Personal Appearance Part and that s/he is participating in a special project.

BY: Sidney Cherubin
(Print Name)

ADDRESS: Access Justice Brooklyn

203 Jay Street, Ste 300

Brooklyn, NY 11201

TELEPHONE: 718-624-3894

EMAIL: sidney@ajbk.org

Date: 5/8/2025

(Signature)