Telephone: (718) 522-7900
Fax: (877) 496-7809

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

March 6, 2026

VIA ELECTRONIC FILING

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, New York 11201

    Re:   Status report on progress of discovery pursuant to Dkt. No. 27.

*Aleksandra Nesterova v. Tromberg, Morris & Partners, PLLC, et al. (1:25-cv-04478-PK)*

Dear Judge Kuo:

    The undersigned represents Plaintiff in this FDCPA lawsuit. I write jointly with Defendants to update the Court on the progress of discovery in this matter pursuant to Your Honor's Scheduling Order, Dkt. No. 27.

    The Parties have served discovery demands on each other. The Parties have answered the discovery demands and produced documents. The parties continue to work towards resolving open issues and will meet and confer on those issues in the coming days.

    There are currently no discovery issues to raise with the Court.

Respectfully,

/s/
Ahmad Keshavarz

Cc: all opposing counsel via ECF