# AHMAD KESHAVARZ
## *Attorney at Law*

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

May 11, 2026

VIA ELECTRONIC FILING

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, New York 11201

> Re:   Status report on progress of mediation.
>
> ***Aleksandra Nesterova v. Tromberg, Morris & Partners, PLLC, et al. (1:25-cv-04478-PK)***

Dear Judge Kuo:

The undersigned represents Plaintiff in this FDCPA lawsuit. I write jointly with Defendants to update the Court on the progress of mediation in this matter pursuant to Your Honor's Scheduling Order, Dkt. No. 27.

The Parties have not yet completed mediation, but intend to proceed to mediation before a private mediator, Joseph DiBenedetto, agreed to by the Parties. The Parties request that the deadline to complete mediation be adjourned sine die. The Parties plan to submit a joint letter after the resolution of new discovery disputes. There are recent discovery disputes which may require court intervention; the Parties plan to confer and, if needed, will submit a joint letter regarding discovery within 7 days. The Parties anticipate requesting additional time to complete discovery, but would like to confer as to discovery before requesting a specific date.

Respectfully,

/s/
Ahmad Keshavarz

Cc: all opposing counsel via ECF

1