# AHMAD KESHAVARZ

*Attorney at Law*

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

May 29, 2026

VIA ELECTRONIC FILING

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, New York 11201

Re:  Status report on progress of mediation and discovery.

***Aleksandra Nesterova v. Tromberg, Morris & Partners, PLLC, et al. (1:25-cv-04478-PK)***

Dear Judge Kuo:

The undersigned represents Plaintiff in this FDCPA lawsuit. I write jointly with Defendants to update the Court on the progress of mediation and discovery in this matter pursuant to Your Honor's May 22, 2026 Order.

Since the Parties' May 18, 2026 letter [Dkt. No. 36] Plaintiff has served discovery responses to Tromberg. Cavalry was to produce additional documents by today, but needs until June 5 to do so. After receiving the Cavalry document production, Plaintiff will be in a position to determine if the documents address Plaintiff's concerns, whether further attempts to confer with Cavalry are needed, and/or if Court intervention is necessary.

The Parties would request until July 28 to complete mediation. If there are written discovery disputes that need to be resolved in aid of mediation, there will be enough time to raise them in advance. Without seeing the document production by Cavalry, the Parties hope to complete mediation without the need to take depositions. The Parties propose a deadline for the close of fact discovery of September 28 in the event mediation is not successful.

Respectfully,

/s/
Ahmad Keshavarz

Cc: all opposing counsel via ECF

1