# A HMAD  K ESHAVARZ
## *Attorney at Law*

16 C OURT  S TREET , #2600
B ROOKLYN , NY 11241

WWW.N EW Y ORK C ONSUMER A TTORNEY .COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

June 23, 2026

VIA ELECTRONIC FILING

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, New York 11201

> Re:    Joint request for referral to Eastern District mediation program.
>
> ***Aleksandra Nesterova v. Tromberg, Morris & Partners, PLLC, et al. (1:25-cv-04478-PK)***

Dear Judge Kuo:

The undersigned represents Plaintiff in this FDCPA lawsuit. I write jointly with Defendants to request a referral to the Eastern District of New York's mediation program. All Parties consent to this request. The Parties had originally agreed to a private mediator, but the agreed private mediator is unavailable until September, and the Parties therefore request this referral.

Respectfully,

/s/
Ahmad Keshavarz

Cc: all opposing counsel via ECF

1