

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

Julu 27, 2026

Hon. Peggy Kuo
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY  11201

RE:    Mediation
         Nesterova v. Tromberg Morris & Partners, PLLC, et al
          25-CV-04478

Dear Judge Kuo:

Please be advised that this office represents defendant Tromberg Morris & Partners, PLLC.  I write on behalf of all parties to request additional time to schedule the mediation in this matter.

Despite the efforts of the parties and counsel, we have had difficulty scheduling the mediation due to various conflicts.  I can now report that a mediator has been selected, and we are attempting to schedule the matter during the week of September 28, 2026.  We are fairly certain that we will be able to schedule the mediation on a date that week, but we do not yet know the exact date of the mediation.

We are requesting that the deadline for completion of mediation be extended to October 2, 2026, and that the discovery deadline be extended to October 31, 2026.

All parties consent to this application and we are hopeful that mediation will prove successful.

Thank you for your attention to this matter.

Sincerely,

BARRON & NEWBURGER, P.C.

_____
By:  Arthur Sanders

as/ctw