BARRON & NEWBURGER, PC

B&N

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

October 6, 2026

Hon. Peggy Kuo
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Status Report
Nesterova v. Tromberg Morris & Partners, PLLC, et al
25-CV-04478

Dear Judge Kuo:

As you know, this office represents defendant Tromberg Morris & Partners, PLLC. This letter is sent in accordance with your Text Order of July 28, 2026 setting today as the deadline to report to the Court regarding the result of the mediation that took place on October 1, 2026.

The mediator was able to resolve plaintiff's claims against the Cavalry defendants and, as a result, plaintiff's counsel will be submitting a draft Order of Dismissal after he receives settlement funds from the Cavalry defendants.

The Tromberg defendant remains a party in this litigation and discovery will now be proceeding. The remaining parties are requesting a three-month extension of time, to February 2, 2027, to complete document production, resolve any potential motions to compel and to complete depositions. In addition, the parties are requesting that the deadline to request a pre-motion conference in advance of any dispositive motion be extended to February 6, 2027.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

______________________
By: Arthur Sanders

as/ctw