MauriceWutscher

AUSTIN
BIRMINGHAM
BOSTON
CHICAGO
CLEVELAND
DALLAS
FLEMINGTON
MIAMI
NASHVILLE
NEW YORK
PHILADELPHIA
WASHINGTON, DC
mauricewutscher.com

**Donald S. Maurice**

Maurice Wutscher LLP
5 Walter Foran Blvd.
Suite 2007
Flemington, NJ 08822

(908) 237-4570
dmaurice@mauricewutscher.com
Admitted in NJ, NY, MA and DC

**November 10, 2026**

**VIA ECF**

Hon. Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York

**Re: Aleksandra Nesterova v. Cavalry SPV I, LLC, et al.**
**Case No. 1:25-cv-04478-PK**

Dear Judge Kuo:

We write on behalf of Defendants Cavalry SPV I, LLC and Cavalry Portfolio Services, LLC to respectfully request a brief extension of the deadline for Plaintiff and these Defendants to file a stipulation of dismissal. All parties assent to this request.

By Order dated October 7, 2026, the Court granted the motion for an extension of the discovery schedule and directed Plaintiff and Defendants Cavalry SPV I, LLC and Cavalry Portfolio Services, LLC to file a stipulation of dismissal by November 9, 2026.

The parties respectfully request that the November 9, 2026, deadline to file the stipulation of dismissal be extended, *nunc pro tunc*, to **December 11, 2026**. The parties reached a fully executed settlement agreement on November 9, 2026 and request additional time to allow the completion of performance under that agreement.

The requested extension would not affect the other deadlines established by the Court's October 7, 2026, Order. The parties therefore respectfully request that the Court extend only the deadline, *nunc pro tunc*,  or Plaintiff and Defendants Cavalry SPV I, LLC and Cavalry Portfolio Services, LLC to file their stipulation of dismissal, from November 9, 2026, through December 11, 2026.

We thank the Court for its consideration of this request.

Respectfully,

MAURICE WUTSCHER, LLP

***/s/ Donald S. Maurice, Jr.***
Donald S. Maurice, Jr.
For the Firm

DSM/klp

Copy: All attorneys of record v ECF